**William E. BROCK, Secretary of Labor, United States Department of Labor, Plaintiff,**

v.

**Marilyn FORBES, Defendant.**

**Civ. A. No. 84–238.**

United States District Court, D. Vermont.

July 11, 1985.

Albert H. Ross, Regional Sol., David A. Snyder, U.S. Dept. of Labor, Office of the Sol., Boston, Mass., for plaintiff.

Chester S. Ketcham, P.C., Middlebury, Vt., for defendant.

## JUDGMENT

BILLINGS, District Judge.

Plaintiff has filed his complaint and the defendant appeared by counsel, filed answer to the complaint and, without admitting liability, agrees to the entry of this judgment without contest.

It is, therefore,

ORDERED, ADJUDGED and DECREED that defendant, her agents, servants, employees, and all persons acting or claiming to act in their behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of the Fair Labor Standards Act, as amended (29 U.S.C. § 201 *et seq.*), hereinafter referred to as the Act, in any of the following manners;

The defendant shall not, contrary to sections 6 and 15(a)(2) of the Act pay any employees who, in any workweek, are employed in commerce, or in the production of goods for commerce, or in an enterprise engaged in commerce or in the production of goods for commerce, as defined by the Act, wages at rates less than the applicable minimum wage.

Defendant shall not fail to make, keep, and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found in 29 CFR 516.

Further, the Court finding as agreed to by the defendant, but without admitting liability therefor, that employees are due compensation in the amount of $60,000 as shown on attached Exhibit "A" which is incorporated in and made a part hereof, it is

ORDERED, ADJUDGED and DECREED that the defendant is restrained from withholding payment of said compensation.

The defendant represents that she has been in compliance with the Act since October, 1983. In resolving the amount of back wages in this judgment, the plaintiff has relied on this representation and, accordingly, the back wage provision of this judgment shall have no effect upon any back wages which may have accrued since that date.

Defendant shall not, under any circumstances, accept and keep any amount returned to her by a person owed compensation under this judgment. Any such amount shall be immediately paid to the plaintiff for deposit with the Treasurer of the United States.

The back-wage provisions of this judgment shall be deemed satisfied when the defendant delivers to the plaintiff the sum of $64,230 which includes the employer's and employees' shares of social security, pursuant to the following installment plan: $4,587.86 not later than June 1, 1986, and installments in the amount of $4,587.86 every six months thereafter until the back-wage provisions of this judgment are satisfied.

The plaintiff shall distribute the checks, or the proceeds thereof, to the persons listed in Exhibit "A" attached hereto, or to their estates if that be necessary, and any money not so paid within a period of three years from the date of receipt thereof, because of inability to locate the proper persons or because of their refusal to accept it, shall be deposited with the Clerk of this Court, who shall forthwith deposit such money with the Treasurer of the United States, pursuant to 28 U.S.C. § 2041.

It is further ORDERED, ADJUDGED and DECREED and each party hereby agrees to bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

## EXHIBIT A

| | |
|---|---|
| Velma Adams | $ 313.54 |
| Madeline Adzima | 635.67 |
| Margaret Aher | 42.95 |
| Alice Allen | 21.48 |
| Frances Anderson | 21.48 |
| Marilyn Anderson | 678.62 |
| Brenda Ash | 120.26 |
| Marilyn Baldwin | 25.77 |
| Janet Barker | 21.48 |

| Name | Amount |
|------|-------:|
| Barbara Barbour | $ 485.34 |
| Pat Barbour | 317.84 |
| Marilyn Barron | 283.47 |
| Linda Beaudry | 43.81 |
| Rita Belden | 206.16 |
| Laurie Bessette | 127.78 |
| Patty Berezny | 34.36 |
| Caroline Biraudi | 21.48 |
| Delores Bishop | 436.38 |
| Vicki Bishop | 148.18 |
| Martha Blumfield | 38.66 |
| Florence Booth | 608.18 |
| Kathleen Borneman | 25.77 |
| Pat Borneman | 1,064.53 |
| Marie S. Boyle | 283.47 |
| Beatrice Bowen | 427.36 |
| Caroline Bowen | 1,364.97 |
| Jeanette Bowen | 127.56 |
| Cynthia Brock | 21.48 |
| Ethel Brown | 34.36 |
| Pat Brown | 373.67 |
| Stephanie Brown | 285.62 |
| Rosemary Bruce | 76.88 |
| Doris Buckman | 38.66 |
| Midge Bueddeman | 667.45 |
| Shannon Buehler | 5.48 |
| Sandra Bugbee | 252.26 |
| Evette Buinicky | 42.95 |
| Alice Bull | 21.48 |
| Norma Burke | 128.85 |
| Joy Burrows | 63.57 |
| Eunice Cahill | 552.78 |
| Debbie Cammarata | 44.84 |
| Doris Carpenter | 268.01 |
| Marjorie Carpenter | 322.13 |
| Vera Carpenter | 172.80 |
| Florence Carver | 22.12 |
| Patricia Casey | 112.67 |
| Amanda Chase | 21.48 |
| Jean Chase | 83.75 |
| Alice Cheney | 17.18 |
| Loreen Clark | 21.48 |
| Anne Cole | 52.54 |
| Elaine Cole | 35.60 |
| Shirley Collins | 244.82 |
| Katherine Combs | 17.18 |
| Gayle Cook | 12.88 |
| Ermilia Copley | 317.84 |
| Dawn Cornell | 47.25 |
| Maude Corse | 21.48 |
| Pat Cote | 21.48 |
| Shirley Cottrell | 25.77 |
| Bernadette Cowdrey | 1,779.02 |
| Sylvia Crandall | 25.77 |
| Shirley Curtis | 21.48 |
| Mabel Davis | 146.03 |
| Rogene Davis | 47.25 |
| Teresa Davis | 1,279.93 |
| Teena Davis | 188.98 |
| Martha DeLorenzo | 10.95 |
| Alice Derosia | 21.48 |
| Kathleen Dickson | 21.48 |
| Charlotte Dole | $ 17.18 |
| Karen Dominque | 193.28 |
| Diane Deperah | 52.54 |
| Marie Driscoll | 34.36 |
| Millie Dufresne | 625.79 |
| Barbara Duncan | 133.15 |
| Alice Dutcher | 563.51 |
| Jan Easterly | 128.85 |
| Kathy Edgar | 506.82 |
| Cindy Faughnan | 21.48 |
| Pat Ferraro | 64.43 |
| C.C. Fifield | 68.72 |
| Lynn Fitzgerald | 133.15 |
| Cindy Fitzgibbons | 386.56 |
| Sandra Flint | 18.90 |
| Carol Fortune | 42.95 |
| Margorie Foster | 85.90 |
| Jenny Fraczek | 1,412.65 |
| Marjorie Fry | 14.60 |
| Tuulia Fuller | 21.48 |
| Joan Gardner | 77.31 |
| Marion Garneau | 167.51 |
| Alma Ghilardi | 55.84 |
| Ann Gifford | 4.30 |
| Marilyn Gilbert | 3.87 |
| Marie Giles | 17.18 |
| Phyllis Gillotti | 48.80 |
| Edith Gintoff | 619.78 |
| Jeanann Glassford | 21.48 |
| Florence Gottier | 96.64 |
| Janine Grange | 55.84 |
| Marilyn Gray | 77.31 |
| Meri Beth Green | 42.95 |
| Karen Griggs | 52.54 |
| Jangie Gunzinger | 214.75 |
| Florence Halloren | 17.18 |
| Lori Hampton | 150.33 |
| Ida Heller | 279.18 |
| Ella Hilder | 21.47 |
| Loreen Hitchcock | 176.10 |
| Helen Hoffman | 21.47 |
| Susan Holling | 17.18 |
| Linda Hooker | 52.54 |
| Bertha Horton | 85.90 |
| Barbara Hume | 107.38 |
| Lera Hunt | 600.45 |
| Gretchen Hurst | 30.07 |
| Brenda Johnson | 104.05 |
| Kristina Johnson | 66.57 |
| Mary Johnson | 81.61 |
| Paula Jones | 214.75 |
| Marjorie Jones | 48.10 |
| Helen Jordon | 296.36 |
| Sylvia Kallen | 30.07 |
| Beverly Kennett | 1,023.95 |
| Katheryn Kasek | 232.93 |
| Rene Kheinman | 129.71 |
| Pam Kilborne | 42.95 |
| Nancy Kingsburg | 12.89 |
| Jean La Bombard | 128.85 |

| | | | |
|---|---|---|---|
| Catherine LaBounty | $ 21.47 | Edith Priest | $ 472.46 |
| Phyllis Laitineau | 103.08 | Gayle Pringle | 21.48 |
| Janet Langdon | 46.82 | Mary Jane Protus | 131.00 |
| Bredda Langevin | 124.56 | Elsie Quiltmeyer | 633.52 |
| Carol Lynn Little | 54.76 | Evelyn Rabideau | 146.03 |
| Becky Langley | 462.72 | Ann Rainville | 219.05 |
| Beatrice Lannon | 21.48 | Brenda Raleigh | 42.95 |
| Bernice LaPorte | 17.18 | Jane Raupack | 524.00 |
| Evelyn Larson | 85.90 | Ellen Reyome | 21.48 |
| Yvonne Lawrence | 330.72 | Rosalie Rhoades | 150.33 |
| Jean Leonard | 12.89 | Bea Rhodes | 25.77 |
| Wanda Leonardkrantz | 154.62 | Nancy Richmond | 66.57 |
| Ann Lewis | 21.48 | Dorothy Riford | 85.90 |
| Pam Lindberg | 1,044.99 | Catherine Rinn | 377.97 |
| Nadia Loubon | 3,822.57 | Margaret Riter | 919.15 |
| Teresa Louis | 103.08 | Kathie Roby | 258.20 |
| Margaret Lucius | 5.48 | Kathy Roehrs | 21.48 |
| Elizabeth MacIver | 27.92 | Mary Roesing | 405.45 |
| Nancy Macey | 21.90 | Anna Rogers | 343.61 |
| Jean Maly | 829.38 | Alice Roucoulet | 579.83 |
| Marilyn Marlar | 416.62 | Bernice Russ | 42.95 |
| Brenda Jean Matthews | 107.38 | Helen Ross | 21.48 |
| Beverly Maynard | 677.33 | Patty Sager | 128.85 |
| Susan McCart | 21.48 | Lorraine St. Aubin | 105.23 |
| Judith McCullough | 15.03 | Jeanne Saben | 408.03 |
| Lillian McCullough | 874.48 | Julie Sablock | 58.72 |
| Jean McCurdy | 304.95 | Judy Schnaderbeck | 112.67 |
| Veronica McFall | 223.34 | Tawna Seaver | 313.54 |
| Edith McNair | 42.95 | Eileen Seymour | 21.48 |
| Carolyn Milo | 149.47 | Carlene Shattlock | 42.95 |
| Claire Minard | 425.22 | Susan Sheehan | 182.54 |
| Johann Mitchell | 213.04 | Connie Sieman | 1,356.09 |
| Gail Moffatt | 343.62 | Marie Smiley | 59.49 |
| Marjorie Monica | 57.43 | Barbara Smith | 133.15 |
| Estelle Monroe | 528.30 | Eleanor Smith | 42.95 |
| Patricia Moore | 312.68 | Deborah Snelling | 5.48 |
| Arveen Nash | 869.75 | Jenny Sousa | 64.43 |
| Brenda Nelson | 42.95 | Alicia Spiak | 255.13 |
| Barbara Nickerson | 163.22 | Betty Squire | 171.80 |
| Martha O'Clair | 66.14 | Lynne Stankjus | 295.93 |
| Karen Orchitt | 154.62 | Helen Steele | 103.08 |
| Marilyn Marjar | 565.23 | Nada Steele | 489.64 |
| Lorraine Martine | 143.88 | Janet Stewart | 21.48 |
| Elizabeth Quellette | 192.13 | Beverly Stocker | 64.43 |
| Susan Owens | 122.41 | Frances Summer | 180.39 |
| Catherine Palmeater | 85.90 | Betty Tatro | 19.76 |
| Pauline Parker | 21.48 | Andrea Taylor | 180.39 |
| Roberta Parker | 292.07 | Dorothy Taylor | 8.59 |
| Kay Orton | 77.32 | Jocelyn Thomas | 180.39 |
| Bernadette Osmer | 382.26 | Barbara Trottier | 446.69 |
| Anna Ostrowskin | 1,142.49 | Judith Tucker | 64.43 |
| Leonarda Ostrowski | 223.34 | Pat Tufts | 1,340.92 |
| Elsie Patella | 107.38 | Juanita Turco | 42.95 |
| Suzanne Pauquette | 34.36 | Jeanette Twandowski | 10.74 |
| Dorina Pellegier | 212.61 | Karen Tyler | 25.77 |
| Edie Perkins | 34.36 | Trini Valdes | 51.54 |
| Dell Peterson | 57.98 | Eleanor Walker | 1,823.69 |
| Cathey Pettinato | 42.95 | Mildred Ward | 21.48 |
| Barbara Phelps | 124.56 | Marie Westrey | 841.83 |
| Kathleen Pitman | 25.77 | Velma Wheeler | 98.79 |
| Victoria Pomeroy | 47.25 | | |
| Mary Potter | 317.84 | | |

| | |
|---|---|
| Debra Wilson | $ 10.95 |
| Ruth Wood | 81.61 |
| Janet Woodbridge | 38.66 |
| Kathy Woods | 75.16 |
| Sandra Wright | 677.33 |
| Marion Young | 283.47 |
| TOTAL | $60,000.00 |